# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Weeks Marine, Inc. | )  ASBCA No. 60055 |
| | ) |
| Under Contract No. W912EP-13-D-0012 | ) |

APPEARANCES FOR THE APPELLANT:    Robert G. Ruggieri, Esq.
    Michael H. Payne, Esq.
      Cohen Seglias Pallas Greenhall & Furman PC
      Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
      Engineer Chief Trial Attorney
    Susan E. Symanski, Esq.
      Engineer Trial Attorney
      U.S. Army Engineer District, Jacksonville

## ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 90 days of the date of this Order.

Dated: 1 September 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60055, Appeal of Weeks Marine, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals